```
             IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                     PINE BLUFF DIVISION
```

JAMES L. KING                                          PETITIONER

vs.                    Civil Case No. 5:09CV00091 SWW

LARRY NORRIS, Director,
Arkansas Department of Correction                      RESPONDENT

## ORDER

The court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr., and the objections filed in response, and has further reviewed the relevant record <u>de</u> <u>novo</u>.  The Findings and Recommendations are adopted in their entirety as this court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 29th day of March, 2010.


                                       /s/Susan Webber Wright
                                    UNITED STATES DISTRICT JUDGE