```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                       PINE BLUFF DIVISION
```

JAMES L. KING                                              PETITIONER

vs.              Civil Case No. 5:09CV00091 SWW

LARRY NORRIS, Director,
Arkansas Department of Correction                          RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 29th day of March, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE